*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-11-00711-CR

Steven **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Duval County, Texas
Trial Court No. 11-CRD-145
Honorable Marisela Saldana, Judge Presiding

PER CURIAM

Sitting:   Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  December 7, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal.  The motion is granted and this appeal is

dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH